# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140905

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN RYAN JAMISON,
      Defendant-Appellant.

SC: 140905
COA: 295965
Chippewa CC: 08-008784-FH

_____/

On order of the Court, the application for leave to appeal the March 2, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Chippewa Circuit Court for the ministerial correction of the judgment of sentence to reflect, in accordance with the plea agreement, the dismissal of the habitual offender, second offense, supplement under MCL 769.10. The original judgment of sentence and its two amended versions inaccurately indicate that the defendant was subject to sentence enhancement under MCL 769.10. We further ORDER the trial court to ensure that the corrected judgment of sentence is transmitted to the Department of Corrections. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830